Charles McC. Chapman for admission to the bar. No opinion. Motion granted.

CHAPMAN, Respondent, v. DELAWARE, L. & W. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. June 1, 1906.) Action by Olive Chapman, as, etc., against the Delaware, Lackawanna & Western Railroad Company. No opinion. Motion for leave to appeal to the Court of Appeals denied, with $10 costs.

CHASE, Appellant, v. GROVER, Respondent. (Supreme Court, Appellate Division, Second Department. June 15, 1906.) Action by William Sheafe Chase against William T. Grover. No opinion. Motion granted, on condition that the claim for costs be waived; otherwise motion denied.

CHELIUS et al., Respondents, v. WISE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. July 12, 1906.) Action by Antoinette Chelius and another against John S. Wise and another. No opinion. Motion·to dismiss appeal denied, without costs, upon the ground that the same is not within rule 41 of the general rules of practice.

CITIZENS' CENTRAL NAT. BANK, Respondent, v. MUNN, Appellant. (Supreme Court, Appellate Division, First Department. June 15, 1906.) Action by the Citizens' Central National Bank against John P. Munn. G. Putzel, for appellant. J. A. Garver, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See 99 N. Y. Supp. 191.

CITY OF MIDDLETOWN, Respondent, v. ÆTNA INDEMNITY CO. OF HARTFORD, CONN., et al., Appellants. (Supreme Court, Appellate Division, Second Department. July 24, 1906.) Action by the city of Middletown against the Ætna Indemnity Company of Hartford, Conn., and others. No opinion. Judgment and order reversed, and new trial granted, costs to abide the event, on the authority of the decision of this court on the former appeal. 97 App. Div. 344, 90 N. Y. Supp. 16.

CITY OF MT. VERNON, Respondent, v. BRETT et al., Appellants. (Supreme Court, Appellate Division, Second Department, September 28, 1906.) Action by the city of Mt. Vernon against John H. Brett and others. No opinion. Judgment affirmed, with costs, on the authority of City of Mt. Vernon v. Kenlon, 97 App. Div. 191, 89 N. Y. Supp. 817.

In re CITY OF NEW YORK. In re JOHNSON'S ESTATE. (Supreme Court, Appellate Division, First Department. July 12, 1906.) In the matter of the city of New York and in the matter of the estate of Bradish Johnson. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

CITY OF NEW YORK, Respondent, v. HARWEIAN CO., Appellant. (Supreme Court, Appellate Division, First Department. July 12, 1906.) Action by the city of New York against the Harweian Company. S. Rothschild, for appellant. T. Connoly, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

CITY OF WATERTOWN, Respondent, v. RODENBAUGH, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 16, 1906.) Action by the city of Watertown against Lillian Rodenbaugh.

PER CURIAM. Judgments of county and city courts reversed, with costs. See decision enacted between same parties, handed down May 2, 1906 (98 N. Y. Supp. 885).

WILLIAMS, J., dissents.

CLINTON, Respondent, v. VILLAGE OF PORT JERVIS, Appellant. (Supreme Court, Appellate Division, Second Department. September 28. 1906.) Action by Stanley Clinton, by Nellie Clinton, his guardian ad litem, against the village of Port Jervis. No opinion. Interlocutory judgment affirmed, with costs.

CITY OF ROCHESTER, Respondent, v. ROCHESTER & L. O. WATER CO. et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. June 1, 1906.) Action by the city of Rochester against the Rochester & Lake Ontario Water Company and another.

PER CURIAM. Judgment affirmed, with costs. NASH and KRUSE, JJ., dissent.

CLARK, Respondent, v. ULSTER & D. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. June 27, 1906.) Action by W. Frank Clark against the Ulster & Delaware Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

In re COHEN. (Supreme Court, Appellate Division, First Department. July 12, 1906.) In the matter of Nathaniel Cohen. No opinion. Ordered that respondent file answer in 20 days.

COHEN, Appellant, v. FREEDMAN, Respondent. (Supreme Court, Appellate Division, First Department. July 12, 1906.) Action by Max Cohen against Joseph Freedman. A. Weil, for appellant. P. M. Abrahams, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

COHEN, Respondent, v. HELLAR, Appellant. (Supreme Court, Appellate Division, Second Department. June 8, 1906.) Action by Samuel Cohen against Max Hellar. No opinion. Judgment of the Municipal Court affirmed, with costs.

COHEN et al. v. WESTERN ELECTRIC CO. (Supreme Court, Appellate Division, First Department. October 12, 1906.) Action by Isaac Cohen and others against the Western Electric company. No opinion. Application denied, with $10 costs. Order signed.